ANTON'S WINES AND LIQUORS, INC., *ET AL.*, APPELLANTS-
PETITIONERS, v. JOSEPH P. LORDI, RESPONDENT-
RESPONDENT.

*Mr. Louis R. Cerefice* and *Mr. Herman W. Steinberg* for
the petitioners.

*Mr. Arthur J. Sills* and *Mr. Max Spinrad* for the respon-
dent.

October 18, 1966. Denied.

HENRY KRAMER, PETITIONER-PETITIONER, v. GENERAL
BRASS AND MACHINE WORKS, INC., RESPONDENT-
RESPONDENT.

*Messrs. Stavis, Richardson, Koenigsberg & Rossmore* for
the petitioner.

*Mr. Isidor Kalisch* for the respondent.

October 18, 1966. Denied.

RALPH NOTO, PLAINTIFF-PETITIONER, v.
MANUEL ALFONSO, DEFENDANT-RESPONDENT.

*Mr. Alfred J. Cozzi* for the petitioner.

*Mr. Robert H. Wall* for the respondent.

October 18, 1966. Denied.